UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5825 CAS (AJWx) | Date | October 23, 2009 |
|---|---|---|---|
| Title | TAE JUNG SON v. EMC MORTGAGE CORP.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(Chambers:) DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** (filed 8/17/09)

    On August 17, 2009 defendants EMC Mortgage Corporation ("EMC") and Bear Stearns Residential Mortgage Corporation dba Encore Credit ("Encore") filed the instant motion to dismiss plaintiff's complaint. On October 22, 2009, plaintiff filed a statement with the court indicating that he intended to amend his complaint but that he needed additional time to prepare the amended complaint.

    The Court finds this motion appropriate for decision without oral argument, and the hearing date of October 26, 2009, is hereby vacated. . Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court GRANTS EMC's and Encore's motion to dismiss with leave to amend. Plaintiff shall file an amended complaint within thirty (30) days after the filing of this order. In the event that plaintiff does not amend his complaint within thirty (30) days, the Court will dismiss this action with prejudice.

    IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |