UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 09-5825 CAS (AJWx) | Date | February 9, 2010 |
|---|---|---|---|
| Title | TAE JUNG SON v. EMC MORTGAGE CORP.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| PAUL PIERSON | NOT PRESENT | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers)   **DISCHARGING ORDER TO SHOW CAUSE & REMANDING TO LOS ANGELES COUNTY SUPERIOR COURT**

On January 25, 2010, the Court ordered defendants EMC and Encore Credit to show cause why the instant action should not be remanded for lack of subject matter jurisdiction. Defendants filed a response to the Court's order on February 9, 2010. Defendants assert that they have no objection to the remand of the instant case to state court, given that plaintiff withdrew all of his federal claims in his amended complaint. Accordingly, the Court DISCHARGES its January 25, 2010 order to show cause, and on its own motion, REMANDS the instant action to the Los Angeles County Superior Court. See 28 U.S.C. § 1447(c).

IT IS SO ORDERED.

|  | : | n/a |
|---|---|---|
| Initials of Preparer | | PDP |